IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OKESHA LASHONDA MOORE**                                          **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:23-cv-229-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

**ORDER**

This matter is before the court on Defendant's motion [14] to remand to the Social Security Administration. The court, having reviewed the motion and noting that it is filed as a consent motion, is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant's unfavorable final decision denying Plaintiff's claims for disability insurance benefits and supplemental security income payments under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, and 1382c(a)(3)(A), is hereby reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 4th day of December, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**