# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**OKESHA LASHONDA MOORE**                                                                                   **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 3:23-cv-229-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

## JUDGMENT

For the reasons given in this Court's Order [17] entered on December 4, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **reversed and remanded**.

SO ORDERED, this the 4th day of December, 2023.

                                                          **/s/ Jane M. Virden**
                                                          **UNITED STATES MAGISTRATE JUDGE**